No. 30. THEODORE R. CONVERSE, RECEIVER, ETC., PLAINTIFF IN ERROR, *v.* JOHN A. STEWART. In error to the Supreme Court of the State of New York. Argued November 2, 1910. Decided November 14, 1910. *Per Curiam:* Writ of error dismissed for want of jurisdiction in this court. *Beupre* v. *Noyes,* 138 U. S. 397, 401; *Eustis* v. *Bolles,* 150 U. S. 361, 369, 370; *Rutland Railroad* v. *Central Vermont Railroad,* 159 U. S. 630; *Missouri Pacific Railway Company* v. *Fitzgerald,* 160 U. S. 556; *Bacon* v. *Texas,* 163 U. S. 207, 227. *Mr. William G. Wilson* and

*Mr. C. A. Severance* for plaintiff in error. *Mr. Edward W. Sheldon* for defendant in error.